IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 12-06614-MCF |
|---|---|
| MARIA J. CARRION GUZMAN | CHAPTER 13 |
| DEBTOR | |

**NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COMES NOW, **MARIA J. CARRION GUZMAN** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. Debtor is hereby submitting an amended Plan dated November 27, 2012, herewith and attached to this motion.

2. This amended chapter 13 Plan is filed to provide for the Lift of Stay in favor of Banco Popular de PR (account no. 0518).

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtor, Maria J. Carrion Guzman and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 27th day of November, 2012.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                     Case No. **3:12-bk-6614**

**CARRION GUZMAN, MARIA JOVITA**                 Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____          ☑ AMENDED PLAN DATED: **11/27/2012**
☐ PRE ☐ POST-CONFIRMATION     Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 200.00 x 35 = $ 7,000.00
$ 400.00 x 18 = $ 7,200.00
$ 960.00 x 7 = $ 6,720.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 20,920.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 20,920.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,861.00**

Signed: **/s/ MARIA JOVITA CARRION GUZMAN**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**   Cr. _____   Cr. _____
# **71010018718166**   # _____   # _____
$ **125.00**   $ _____   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CRIM**   Cr. _____   Cr. _____
# **xxx-xx-5800**   # _____   # _____
$ **419.00**   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**BANCO POPULAR D**
5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**AMERICAN AIRLINES   BANCO POPULAR D**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**Priority: $596.00**
**Debtor(s) consents to the LIFT of STAY in favor of Lien Holder: Banco Popular de PR (account: 0518). Plan to provide that Trustee will make no disbursements in favor of Banco Popular de PR (account: 0518), POC 5.**
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**     Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

CARRION GUZMAN, MARIA JOVITA
VILLA BORINQUEN
G4 CALLE CEMI
CAGUAS, PR  00725-8009

CENTENNIAL DE PR
PO BOX 71514
SAN JUAN, PR  00936-8614

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

CRIM
PO BOX 195387
SAN JUAN, PR  00919-5387

AAA
PO BOX 70101
SAN JUAN, PR  00936-8101

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR  00902-4140

AEE
PO BOX 363508
SAN JUAN, PR  00936-3508

GECRB/ROOMS TO GO
C/O PO BOX 965036
ORLANDO, FL  32896-0001

AMERICAN AIRLINES FCU
PO BOX 619001
DALLAS, TX  75261-9001

HOME DEPOT
PO BOX 103108
ROSWELL, GA  30076-9108

AMERICAN AIRLINES FCU
PO BOX 619001
DFW AIRPORT, TX  75261-9001

HOUSING ADMINISTRATION SERVICES INC
PO BOX 1043
SABANA SECA, PR  00952-1043

AMERICAN EDUCATION SERVICES
1200 N 7TH ST
HARRISBURG, PA  17102-1444

JC PENNEY
PO BOX 364788
SAN JUAN, PR  00936-4788

ASOCIACION EMPLEADOS ELA
PO BOX 364508
SAN JUAN, PR  00936-4508

SEARS
133200 SMITH RD
CLEVELAND, OH  44130

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

SEARS/CBNA
PO BOX 6189
SIOUX FALLS, SD  57117-6189

CENTENNIAL DE PR
PO BOX 71333
SAN JUAN, PR  00936-8433