IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MARIA JOVITA CARRION GUZMAN

XXX-XX-5800

Debtor(s)

CASE NO. 12-06614 MCF

Chapter 13

**FILED & ENTERED ON 10/27/2016**

## ORDER

Within twenty-one (21) days of this order, the Trustee is to supplement his motion at docket no. 67 to provide the legal and factual basis for his position. Order due by 11/17/2016.

SO ORDERED.

San Juan, Puerto Rico, this 27 day of October, 2016.

*Mildred Caban*

Mildred Caban Flores
U.S. Bankruptcy Judge

C: DEBTOR
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES